UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03CV580**

|                                   |   |          |
|-----------------------------------|---|----------|
| UNITED STATES OF AMERICA          | ) |          |
|                    Plaintiff,     | ) |          |
|                                   | ) |          |
| v.                                | ) | **ORDER** |
|                                   | ) |          |
| REAL PROPERTY LOCATED AT          | ) |          |
| 6124 MARY LANE DRIVE              | ) |          |
| SAN DIEGO, CALIFORNIA,            | ) |          |
|                                   | ) |          |
|                    Defendants.    | ) |          |

THIS MATTER IS BEFORE THE COURT on its own motion. The hearing on the motions for summary judgment currently set for Friday, March 23, 2007, at 10:00 a.m. is hereby canceled due to a scheduling conflict. Parties are instructed to phone Chambers at 704-350-7450 and provide available dates for a re-scheduling of this hearing. Upon determination of a newly scheduled date, you will receive a Notice of Hearing re-setting the hearing.

So ordered.

Signed: February 26, 2007

Graham C. Mullen
United States District Judge