UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV580

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REAL PROPERTY LOCATED AT 6124 | ) | |
| MARY LANE DRIVE, SAN DIEGO, | ) | |
| CALIFORNIA | ) | |
| | ) | |
| _____Defendant. | ) | |
| _____ | ) | |

     **THIS MATTER** is before this Court upon its own motion. Pursuant to the oral orders given during the Summary Judgment hearing on March 29, 2007, the parties are ordered to report back to the Court as to the status of their negotiations within 14 days.


     **IT IS SO ORDERED**.


     Signed: March 29, 2007


Graham C. Mullen
United States District Judge