UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE  DIVISION
**3:03CV580**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| REAL PROPERTY located at | ) | |
| 6214 MARY LANE DRIVE, | ) | |
| SAN DIEGO, CALIFORNIA | ) | |
| Defendant. | ) | |
| | ) | |

　　　　**THIS MATTER** is before the court on its own motion.  The above captioned case is hereby re-scheduled to **August 6, 2007, at 10:00 a.m. in Charlotte.**

　　　　It is so ordered.

　　　　　　　　　　　　　　Signed: April 24, 2007

　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　United States District Judge