UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV580

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY LOCATED AT 6124 )<br>MARY LANE DRIVE, SAN DIEGO, )<br>CALIFORNIA )<br>)<br>_____ Defendant. )<br>_____) | ORDER |

**THIS MATTER** is before this Court upon Movant James Munson's Motion to Stay. (Document #37). Mr. Munson has petitioned the Court to stay proceedings in the case of United States of America v. Real Property Located at 6124 Mary Lane Drive, San Diego, California.

Since Mr. Munson neither filed a timely claim in this matter nor can he claim to be an innocent owner of the property, he is not a party to this case. Therefore his motion to stay is DENIED.

**IT IS SO ORDERED**.

Signed: June 4, 2007

Graham C. Mullen
United States District Judge