IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03 CV 580

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 6124 MARY LANE DRIVE, ) | |
| SAN DIEGO, CALIFORNIA, ) | |
| Defendant ) | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that this case be re-scheduled for trial on **November 5, 2007** at 10:00AM in Charlotte.

**IT IS SO ORDERED.**

Signed: June 25, 2007

Graham C. Mullen
United States District Judge