UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV580

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY LOCATED AT 6124 )<br>MARY LANE DRIVE, SAN DIEGO, )<br>CALIFORNIA )<br>)<br>_____Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** is before this Court upon Movant James Munson's Motion for Miscellaneous Relief. (Document #44).

Since Mr. Munson neither filed a timely claim in this matter nor can he claim to be an innocent owner of the property, he is not a party to this case. Therefore his Motion for Miscellaneous Relief is DENIED.

**IT IS SO ORDERED**.

Signed: August 7, 2007

Graham C. Mullen
United States District Judge