UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CV-580-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| REAL PROPERTY AT ) | |
| 6124 MARY LANE DRIVE, ) | |
| SAN DIEGO, CALIFORNIA, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, February 4, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 18, 2007

Graham C. Mullen
United States District Judge