IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03-CV-580-GCM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 6124 MARY LANE DRIVE, ) | |
| SAN DIEGO, CALIFORNIA, ) | |
| Defendant. ) | |
| _____ ) | |

     THIS MATTER IS BEFORE THE COURT on its own motion. The above captioned case is hereby continued to the **May 5, 2008** term of court in Charlotte at 10:00 a.m.

     IT IS SO ORDERED.

     Signed: January 14, 2008

     Graham C. Mullen
     United States District Judge