UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV580

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REAL PROPERTY LOCATED AT 6124 ) | |
| MARY LANE DRIVE, SAN DIEGO, ) | |
| CALIFORNIA ) | |
| ) | |
| _____ Defendant. ) | |
| ) | |

**THIS MATTER** is before this Court upon Movant James Munson's Motion for Reconsideration in the case of United States of America v. Real Property Located at 6124 Mary Lane Drive, San Diego, California.. (Document #52).

Mr. Munson alleges that his substantive and procedural due process rights have been violated. But Mr. Munson neither filed a timely claim in this matter nor can he claim to be an innocent owner of the property, therefore, he is not a party to this case. Further, since he is not a party to this case, he has no due process rights in this matter.

Mr. Munson has filed numerous petitions before this Court, all of which have been denied for lack of standing. Similar to these previous motions, Mr. Munson fails to assert any basis of standing in his most recent motion, therefore his motion for reconsideration is DENIED.

**IT IS SO ORDERED**.

Signed: January 14, 2008

*Graham C. Mullen*
Graham C. Mullen
United States District Judge