IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CV-580-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 6124 MARY LANE, SAN DIEGO, | ) | |
| CALIFORNIA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The above captioned case is re-scheduled for the **August 4, 2008** term of court at 10:00 a.m. in Charlotte.

IT IS SO ORDERED.

Signed: April 9, 2008

Graham C. Mullen
United States District Judge