# United States District Court
# For The Western District of North Carolina
# Charlotte Division

USA,

       Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　3:03cv580

Real Property Located at 6124 Mary Lane Drive, San Diego, CA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/29/2008 Order.

Signed: August 4, 2008

Frank G. Johns, Clerk
United States District Court